**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

REBECCA D. CATE                                                                                          PLAINTIFF

v.                                              NO. 3:07CV00181 JLH

DARLING STORE FIXTURES                                                                        DEFENDANT

**ORDER OF DISMISSAL**

This matter coming on the parties' Stipulation for Dismissal With Prejudice and the Court being fully advised in the premises:

It is ORDERED that the above cause of action is hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED this 28th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE